UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA AGUILAR,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>    Defendant. | NO. 2:20-CV-00259-SAB<br><br>**JURY TRIAL SCHEDULING ORDER**<br><br>**JURY TRIAL SCHEDULED FOR SEPTEMBER 13, 2021** |

Recently, the above-captioned case was reassigned to this Court. Prior to this, the jury trial was set for September 13, 2021. ECF No. 59. This Order sets forth additional deadlines that correspond to that trial date.

Accordingly, **IT IS ORDERED:**

**PROFESSIONALISM AND COURT-ASSISTED MEDIATION**

**1. Civility and Professional Conduct**. Counsel should review and employ the Washington Rule of Professional Conduct 3.4 (Fairness to Opposing Party and Counsel).

**2. Scheduling Order is Binding**. Rule 16(f) of the Federal Rules of Civil Procedure provides for sanctions for failure to obey the Scheduling Order. The Court will usually accept stipulations to modify the dates specified in this Order, but modifications of pretrial deadlines may also result in a modification of the trial date.

**JURY TRIAL SCHEDULING ORDER** ~ 1

**3. Settlement Conference/Mediation.** The parties are encouraged to engage in settlement negotiations as early as possible and should contact the Court if they believe a settlement conference would be helpful.

## TRIAL DATES

**4. Jury Trial.** The jury trial shall commence on **September 13, 2021**, at **9:00 a.m.** in **SEATTLE**, Washington. Counsel estimates a trial length of twelve to fifteen days.

**5. Pretrial Conference.** An in-person pretrial conference will be held on **September 7, 2021**, at **9:00 a.m.** in **SEATTLE**, Washington.

## DISCOVERY DEADLINES

**6. Initial Disclosures.** The parties indicate that initial disclosures were exchanged while the case was pending in the MDL.

**7. Expert Disclosures.**

   A. *Initial Expert Disclosures*. Each Party shall identify its experts and serve written reports as required by Rule 26(a)(2) on all other parties no later than **January 26, 2021**. Each Party shall also provide dates for which those experts can be available for deposition.

   B. *Rebuttal Expert Disclosures*. Each Party shall identify its rebuttal experts and serve written reports as required by Rule 26(a)(2) on all other parties no later than **February 25, 2021**. Each Party shall also provide dates for which those experts can be available for deposition.

   C. *Modifications*. The parties may modify the deadline for exchange of expert disclosures by joint stipulation filed with the court; a motion is not required.

**8. Discovery.**

   A. *Discovery Limitations*.

      i. *Depositions*. No more than ten depositions, each limited to seven hours in one day, may be taken by the plaintiffs, defendants, or third-party defendants without leave of the Court. Fed. R. Civ. P. 30(a)(2), (d)(1).

**JURY TRIAL SCHEDULING ORDER** ~ 2

    ii. *Interrogatories.* No party may serve more than twenty-five interrogatories, including discrete subparts, on any other party, without leave of the Court. Fed. R. Civ. P. 33(a)(1).

    iii. *Requests for Production.* No party may serve more than thirty requests on any other party without leave of the Court.

  B. *Discovery Deadline.* All discovery shall be completed on or before **April 26, 2021**.

  C. *Responses.* To be timely, discovery requests must be served sufficiently in advance of the deadline to allow for timely response by the cutoff date.

  D. *Necessity.* The parties shall file no discovery except as necessary to support motions or objections.

  E. *Discovery Conferences.* To avoid wasted time and expense, Counsel may contact chambers to schedule a telephonic conference to obtain an expedited ruling on discovery disputes. Prior to the conference, each party may submit to the Court a one-page summary explaining the discovery dispute.

## MOTION DEADLINES

**9. Motions to Amend Pleadings**. Any motion to amend the pleadings shall be filed and served by **March 17, 2021**.

**10. *Daubert* Motion Deadline.** Challenges to the admissibility of expert opinion testimony shall be made by written motion and filed by **March 5, 2021**. If the party challenging expert testimony anticipates that an evidentiary hearing shall be required, the party shall so advise the Court and opposing counsel in conjunction with the filing of its motions.

**11. Dispositive Motions.** All dispositive motions shall be filed and served on or before **May 4, 2021**.

**12. Motions *in Limine*.**

  A. *Motions* in Limine: shall be filed and served on or before **August 16, 2021**.

**JURY TRIAL SCHEDULING ORDER ~ 3**

B. *Responses*: shall be filed and served on or before **August 23, 2021**.

C. *Replies*: shall be filed and served on or before **August 30, 2020**.

D. *Notation*: Motions *in limine* shall be noted for hearing at the pretrial conference.

## TRIAL PREPARATION DEADLINES

**13. Exhibit and Witness Lists.**

A. *Exhibit Lists and Witness Lists*: shall be filed and served and exhibits made available for inspection (or copies provided), on or before **August 9, 2021**.

B. *Identification*: The witness list shall include identification of each witness's testimony.

C. *Notation of Exhibits*: Where feasible, all exhibits identified in depositions shall be pre-marked with the exhibit numbers that will be used at trial. Plaintiff's trial exhibits are to be numbered 1 through 199; Defendant's exhibits are to be numbered 200 and following.

D. *Objections*: Objections to the opposing party's witness list or exhibit list and any accompanying briefs shall be filed and served on or before **August 16, 2021**.

E. *Responses*: Responses, if any, to objections shall be filed and served on or before **August 23, 2021**.

**14. Pretrial Exhibit Stipulation.**

A. *Stipulation*: The parties shall prepare a pretrial exhibit stipulation that shall contain each party's numbered list of all trial exhibits with the opposing party's objections to each exhibit, including the basis of the objection and the offering party's brief response. All exhibits to which there is no objection shall be deemed admitted, subject to any objections at trial that could not be raised in advance.

B. *Deadline*: The pretrial exhibit stipulation shall be filed on **August 23, 2021**.

**JURY TRIAL SCHEDULING ORDER** ~ 4

C. Objections to witness and exhibits shall be heard at the pretrial conference.

**15. Designation of Testimony.**

The parties shall notify the Court on or before **July 30, 2021** whether deposition testimony will be used at trial. The Court will then schedule a hearing to review all designated testimony and objections so that a final edited version of the deposition testimony can be prepared for trial.

**16. Pretrial Order.**

A. *Deadline*: A joint Pretrial Order, prepared in accordance with the format provided in Local Rule 16.1(e), shall be filed on or before **September 1, 2021** and a copy e-mailed in Word format to the Court at bastianorders@waed.uscourts.gov.

B. *Consistency*: The list of exhibits contained in the joint Pretrial Order shall reflect the exhibit marking scheme described above in paragraph 13(A).

C. *Duplicative Exhibits*: In preparing the joint Pretrial Order, the parties shall confer regarding duplicate exhibits and determine which party will submit such exhibits for trial.

**17. Trial Briefs and Proposed Voir Dire.** Trial briefs and voir dire shall be filed by **September 8, 2021**.

**18. Jury Instructions.** No later than **September 8, 2021**, the parties shall file jointly proposed jury instructions.

A. *Confer*. The parties shall confer regarding jury instructions and file jointly proposed jury instructions and a table of proposed Jury Instructions. The jointly proposed Jury Instructions should address only issues that are unique to this case and shall include instructions regarding the elements of each claim, any necessary definitions, and a proposed verdict form.

B. *Modifications*. If any proposed instruction is a modified version of model instructions or deviate from model instructions, the parties shall identify the modification and cite legal authority for the modification.

**JURY TRIAL SCHEDULING ORDER ~ 5**

**19. Submissions on the First Day of Trial.** The Court requires that the following be submitted to the courtroom deputy clerk on the first day of trial:

 A. *Exhibits*. Exhibits for presentation at the trial in tabbed binders indexed by exhibit number with exhibit tags placed consistently on the bottom right corner of each exhibit. Counsel shall submit to the Court an original binder and two copied binders of their exhibits together with three discs or flash drives containing the same.

 B. *Exhibit List*. One copy of a final joint exhibit list.

 C. *Witness List*. One copy of witness lists in the order in which the witnesses are expected to be called to testify.

## MODIFICATIONS

**20. Good Cause.** Pursuant to Rule 16 of the Federal Rules of Civil Procedure, this schedule shall not be modified unless the Court finds good cause to grant leave for modifications.

## SETTLEMENT CONFERENCE

**21. Settlement Conference**. A settlement conference shall be held no later than **May 30, 2021**.

 **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

 **DATED** this 11th day of June 2020.

*/s/ Stanley A. Bastian*
_____
STANLEY A. BASTIAN
United States District Judge

**JURY TRIAL SCHEDULING ORDER** ~ 6