UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA AGUILAR,<br><br>   Plaintiff,<br><br>   v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>   Defendant. | NO. 2:20-CV-00259-SAB<br><br>**ORDER SETTING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

  Pending before the Court is Defendant's Motion for Summary Judgment, ECF No. 24. It does not appear the motion has been noted for hearing. It is the Court's intention to rule on the pending Motion for Summary Judgment before ruling on pending Motions to Exclude.

//
//
//
//
//
//
//
//
//
//

**ORDER SETTING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ~ 1**

Accordingly, **IT IS ORDERED:**

1. A hearing on Defendant's Motion for Summary Judgment, ECF No. 24, is set for **November 2, 2020**, at **10:00 a.m**. in **Seattle**, Washington.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 2nd day of September 2020.

_____
STANLEY A. BASTIAN
United States District Judge

**ORDER SETTING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** ~ 2