UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA AGUILAR,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>    Defendant. | NO. 2:20-CV-00259-SAB<br><br>**AMENDED JURY TRIAL SCHEDULING ORDER**<br><br>**JURY TRIAL SCHEDULED FOR SEPTEMBER 13, 2021** |

Before the Court is the parties' Stipulation and Amended Jury Trial Scheduling Order, ECF No. 74. The parties ask the Court to accept their stipulated briefing schedule for supplemental *Daubert* motions and also ask the Court to amend the June 11, 2020 Jury Trial Scheduling Order to reflect the status of the case.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulation, ECF No. 74, is **APPROVED**.
2. The June 11, 2020 Jury Trial Scheduling Order, ECF No. 60, is amended as follows:

### DISCOVERY DEADLINES

**8. Discovery**. The majority of discovery was completed in the MDL. The parties shall meet and confer on any case-specific depositions that either party deems

**AMENDED JURY TRIAL SCHEDULING ORDER ~ 1**

necessary at this point in the case. Any additional or supplemental depositions shall be completed on or before **April 26, 2021**.

## MOTION DEADLINES

**10. *Daubert* Motion Deadline.** Challenges to the admissibility of expert opinion testimony shall be made by written motion and filed by **March 5, 2021**. The parties shall update any remaining *Daubert* issues by this date using the appropriate federal law of the Ninth Circuit. Responses in opposition to supplemental *Daubert* briefing shall be filed by **April 2, 2021**, and replies shall be due on **April 16, 2021**. If the party challenging expert testimony anticipates that an evidentiary hearing shall be required, the party shall so advise the Court and opposing counsel in conjunction with the filing of its motions. Oral argument on *Daubert* motions, if requested, should take place by **June 30, 2021**.

**11. Dispositive Motions.** Dispositive motions were filed while the case was pending in the MDL.

**12. Motions *in Limine*.**

    A. *Motions* in Limine: shall be filed and served on or before **June 1, 2021**.

    B. *Responses*: shall be filed and served on or before **June 18, 2021**.

    C. *Replies*: shall be filed and served on or before **June 25, 2021**.

    D. *Notation*: Motions *in limine* shall be heard at the Court's discretion at a hearing in July 2021.

//
//
//
//
//
//
//
//

**AMENDED JURY TRIAL SCHEDULING ORDER ~ 2**

# TRIAL PREPARATION DEADLINES

**13. Exhibit and Witness Lists.**

    C. *Notation of Exhibits*: Where feasible, all exhibits identified in depositions shall be pre-marked with the exhibit numbers that will be used at trial. Plaintiff's trial exhibits are to be numbered 1 through 1999; Defendant's exhibits are to be numbered 2000 and following.

    **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

    **DATED** this 16th day of December 2020.

_____
STANLEY A. BASTIAN
United States District Judge

**AMENDED JURY TRIAL SCHEDULING ORDER ~ 3**