UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA AGUILAR,<br><br>          Plaintiff,<br><br>          v.<br><br>AMERICAN MEDICAL SYSTEMS,<br>INC.,<br><br>          Defendant. | NO.  2:20-CV-00259-SAB<br><br>**ORDER DISMISSING CASE**<br><br>**WITH PREJUDICE** |

Before the Court is the parties' Joint Stipulation of Dismissal of Prejudice, ECF No. 79. The parties ask the Court to dismiss this matter with prejudice with each party to bear its own fees and costs.

//
//
//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE WITH PREJUDICE ~ 1**

Accordingly, **IT IS ORDERED:**

1. The parties' Joint Stipulation of Dismissal of Prejudice, ECF No. 79, is **ACCEPTED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-caption matter is **DISMISSED** with prejudice with each party to bear its own fees and costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 20th day of May 2021.

_____
STANLEY A. BASTIAN
United States District Judge

**ORDER DISMISSING CASE WITH PREJUDICE ~ 2**